IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

7:18-CR-41-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | ORDER GRANTING |
| v. | ) | MOTION FOR LEAVE |
| | ) | TO SEAL MOTION TO CONTINUE |
| TYRA MAKAVA WATSON, | ) | ARRAIGNMENT DATE |
| | ) | |
| Defendant. | ) | |

The Court has reviewed Defendant Watson's Motion for Leave to Seal Motion to Continue Arraignment Date.

IT IS ORDERED that:

1. Defendant Watson's Motion is GRANTED.

2. The Clerk of Court is directed to file the proposed sealed documents as sealed.

DATED this 9 day of June, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE